**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KB TOYS, INC. | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | Case No. 04-10120(DDS) |
| | ) | |

## NOTICE OF APPEAL

Big Lots Stores, Inc., hereby appeals under 28 U.S.C. § 158(a) from the Order (the "Order")

entered by this Court in the above-captioned bankruptcy proceedings on the 10th day of March, 2005

(Docket No. 2086), which granted, in part, the Motion of the Official Committee of Unsecured

Creditors for an Order Authorizing and Appointing the Committee to Commence and Prosecute

Actions Against Insiders (Docket No. 1984). A true and correct copy of the Order is attached hereto

as Exhibit "A".

The names of all parties to the Order and this appeal, and the names, addresses and telephone

numbers of their respective counsel are as follows:

### Counsel for KB Toys, Inc.

Joel A. Waite, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302)571-6600

Mark N. Polebaum, Esquire
Mitchell Appelbaum, Esquire
Dennis L. Jenkins, Esquire
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
(617)526-6000

### Counsel for the Official Committee of Unsecured Creditors

Kimberly D. Newmarch, Esquire
Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302)651-7700

Paul Traub, Esquire
Michael S. Fox, Esquire
Traub, Bonacquist & Fox
655 Third Avenue, 21st Floor
New York, NY 10017
(212)476-4787

Dated: March 14, 2005                    ROSENTHAL, MONHAIT, GROSS
                                         & GODDESS, P.A.

                                         By: _____
                                             Kevin Gross (DE Bar No. 209)
                                             Suite 1401, 919 North Market Street
                                             P.O. Box 1070
                                             Wilmington, DE 19899-1070
                                             Tel: (302) 656-4433
                                             Fax: (302)658-7567

                                         And

                                         Jenner & Block
                                         Jeff J. Marwill, Esquire
                                         James A. McKenna, Esquire
                                         One IBM Plaza
                                         Chicago, IL 60611
                                         Tel: (312)222-9350
                                         Fax: (312)840-8728

                                         Attorneys for Big Lots Stores, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| KB TOYS, INC., *et al.*, | Case No. 04-10120 |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 1983, 1984 and 2073** |

## ORDER ON (1) MOTION PURSUANT TO BANKRUPTCY CODE SECTION 1121(d) FOR A FIFTH EXTENSION OF THE EXCLUSIVE PERIOD DURING WHICH A CHAPTER 11 PLAN MAY BE FILED AND ACCEPTANCES THEREOF SOLICITED, AND (2) MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPOINTING THE COMMITTEE TO COMMENCE AND PROSECUTE ACTIONS AGAINST INSIDERS

Upon consideration of the motion (the "Exclusivity Motion")[1] of the Debtors, as debtors in possession, seeking entry of an order pursuant to Section 1121(d) of the Bankruptcy Code further extending the Exclusive Periods [Docket No. 1983]; and upon consideration of the Motion of the Official Committee of Unsecured Creditors (the "Committee") for an Order Authorizing and Appointing the Committee to Commence and Prosecute Actions Against Insiders [Docket No. 1984] (the "Standing Motion"); the Court having reviewed the Exclusivity Motion, the Standing Motion, and the objections, replies and all other documents filed with respect thereto; it appearing that appropriate notice and opportunity for a hearing on the Exclusivity Motion and Standing Motion was given and that no other or further notice need be given; and upon the record of the hearing held on March 3, 2005 (the "Hearing"); and all parties having had an opportunity to be heard; and after due deliberation and sufficient cause appearing therefore; and the Court having set forth its findings of fact and conclusions of law on the record at the Hearing pursuant to Rule 52(a) of the Federal Rules of Civil Procedure made applicable pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure,

---

[1] All capitalized terms used in this Order shall have the definitions attributed to them in the Motion unless otherwise indicated.

IT IS HEREBY ORDERED THAT:

1.      The Exclusivity Motion and the Standing Motion are granted as set forth herein.

A. EXCLUSIVITY MOTION

2.      The time period within which a plan of reorganization may be filed pursuant to Section 1121 of the Bankruptcy Code is extended through and including May 15, 2005.

3.      The time period within which acceptances of a plan of reorganization may be solicited pursuant to Section 1121 of the Bankruptcy Code is extended through and including July15, 2005.

4.      The Committee is granted the co-exclusive right with the Debtors to file a plan of reorganization, to solicit acceptances thereto and otherwise seek confirmation thereof during the Exclusive Periods, provided that, for clarity, a plan may be filed by the Debtors (or any of them), the Committee, and/or both, and further provided that the Debtors and the Committee shall provide the other (unless they are filing a joint plan with each other) with seven (7) days prior written notice of their filing of any plan in these Chapter 11 cases.

B. STANDING MOTION

6.      The Committee is granted standing to investigate, prosecute, defend or otherwise resolve potential causes of action of the estates against the Potential Defendants (as defined in the Standing Motion) relating to the Transaction (also as defined in the Standing Motion); provided however, that the Committee may commence any such action only after first obtaining a further order of this Court on proper notice to the Debtors.

7.     This Court shall retain jurisdiction with respect to all matters arising from or

related to the implementation and interpretation of this Order.

Dated: _____ 8 | 10 _____, 2005
       Wilmington, Delaware

_____
United States Bankruptcy Judge

**CERTIFICATE OF SERVICE**

I, Kevin Gross, hereby certify that on this 14th day of March, 2005, I caused a copy of the foregoing to be served upon all persons on the attached Service List in the manner indicated.

Kevin Gross

**KB TOYS, INC.**
**SERVICE LIST**

Hand Delivery
Joel A. Waite, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Hand Delivery
Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Federal Express
Mark N. Polebaum, Esquire
Mitchell Appelbaum, Esquire
Dennis L. Jenkins, Esquire
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109

Federal Express
William F. McCarthy, Esquire
David S. Elkind, Esquire
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111

Hand Delivery
Kimberly D. Newmarch, Esquire
Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Federal Express
Paul Traub, Esquire
Michael S. Fox
Traub, Bonacquist & Fox
655 Third Avenue, 21st Floor
New York, NY 10017

Hand Delivery
Thomas R. Hunt, Jr., Esquire
Daniel B. Butz, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Federal Express
William F. McCarthy, Esquire
David S. Elkind, Esquire
Ropes & Gray LLP
One International Plaza
Boston, MA 02110-2624