# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington DE 19801
(302) 252-2900

Date: **May 3, 2005**

To:    Attn: Peter Dalleo, Clerk
U. S. District Court
District of Delaware
U. S. Courthouse - 844 King Street
Wilmington DE 19801

Re:    **KB Toys, Inc.**
**Case No. 04-10120 (DDS)**

    Enclosed please find the Bankruptcy Record on Appeal # **05-018**. Appellees have not filed designations. Please acknowledge receipt on the copy provided.

Sincerely,

**David Bird, Clerk**

By: _/s/ Matthew Jones_
    Deputy Clerk

__X__ Filing fee paid.

_____ Filing fee not paid

I hereby acknowledge receipt of the above Appeal this _____ day of _____, 2005.

By:_____
    Deputy Clerk
    U.S. District Court

## >>>> NO APPELLEE DESIGNATIONS <<<<

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Case Number: **04-10120 (DDS)**
Deputy Clerk Transferring Case: Matthew J. Yovino (302) 252-2543
Case Type: Appeal **- AP-05-18**

**Order, Date Entered and Issues**

Order On (1) Motion for a Fifth Extension of the Exclusive Period During Which a Chapter 11 Plan May be Filed and Acceptances Thereof Solicited, and (2) Motion of Official Committee of Unsecured Creditors for an Order Authorizing and Appointing the Committee to Commence and Prosecute Actions Against Insiders. (Related Document No. 1984) [Order Docket No. 2086] Signed on 3/10/05.

| | |
|---|---|
| **Debtors:** | **KB Toys, Inc.** |
| **Counsel:** | Joel A. Waite |
| | Young Conaway Stargatt & Taylor, LLP |
| | The Brandywine Building |
| | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |
| **Telephone:** | (302) 571-6600 |
| **Appellant(s):** | **Big Lots Stores, Inc.** |
| **Counsel:** | Kevin Gross |
| | Suite 1401 |
| | P.O. Box 1070 |
| | 919 North Market Street |
| | Wilmington, DE 19899-1070 |
| **Telephone:** | (302) 656-4433 |
| **Appellees:** | **Official Committee of Unsecured Creditors** |
| **Counsel:** | Kimberly D. Newmarch |
| | Richards Layton & Finger |
| | One Rodney Square |
| | P.O. Box 551 |
| | Wilmington, DE 19899 |
| **Telephone:** | (302) 651-7700 |