IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 04-10120(DDS) |
| KB TOYS, INC., et al., | ) | |
| | ) | |
| Debtors. | ) | |

## DESIGNATION OF ITEMS TO BE INCLUDED
## IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

Big Lots Stores, Inc. ("Big Lots"), by its attorneys and pursuant Bankruptcy Rule 8006, sets forth the following Designation of Items to be Included in the Record on Appeal and Statement of Issues on Appeal:

| Exhibit | Entry Date | Docket No. | Document |
|---|---|---|---|
| 1. | 01/23/2004 | 157 | Notice of Appointment of Committee of Unsecured Creditors |
| 2. | 03/15/2004 | 475 | Statement of Financial Affairs of Havens Corners Corporation |
| 3. | 02/11/2005 | 1984 | Motion of Official Committee of Unsecured Creditors for an Order Authorizing and Appointing the Committee to Commence and Prosecute Actions Against Insiders |
| 4. | 02/18/2005 | 2017 | Verified Complaint For Declaratory and Injunctive Relief by KB Toys, Inc., et al. against Big Lots Stores, Inc. |
| 5. | 02/18/2005 | 5* | Memorandum of Law in Support of Motion of Debtors for Preliminary Injunction Staying Prosecution of Certain Action |
| 6. | 02/25/2005 | 2036 | Debtor's Objection to Motion of Official Committee of Unsecured Creditors for an Order Authorizing and Appointing the Committee to Commence and Prosecute Actions Against Insiders and in the Alternative for the Appointment of a Chapter 11 Operating Trustee |
| 7. | 02/25/2005 | 2038 | Objection to Motion Of Committee Of Unsecured Creditors For Authority To Pursue Claims (filed by Bain Capital Fund VII, L.P.) |

| | | | |
|---|---|---|---|
| 8. | 02/25/2005 | 12* | Response and Joinder of the Official Committee of Unsecured Creditors to Debtors' Motion for Preliminary Injunction Staying Prosecution of Certain Claims. |
| 9. | 02/27/2005 | 2039 | Limited Objection to Motion of the Official Committee of Unsecured Creditors for an Order Authorizing and Appointing the Committee to Commence and Prosecute Actions and Request for Alternative Relief (filed by Big Lots' Stores, Inc.) |
| 10. | 02/27/2005 | 13* | Response to Motion of Debtors for Preliminary Injunction Staying Prosecution of Certain Actions and Request for Alternative Relief (filed by Big Lots' Stores, Inc.) |
| 11. | 03/02/2005 | 16* | Reply in Support of the Debtors' Motion for Preliminary Injunction Staying Prosecution of Certain Action |
| 12. | 03/08/2005 | 2074 | Transcript of Hearing held on March 3, 2005 |
| 13. | 03/10/2005 | 2086 | Order On (1) Motion for a Fifth Extension of the Exclusive Period During Which a Chapter 11 Plan May be Filed and Acceptances Thereof Solicited, and (2) Motion of Official Committee of Unsecured Creditors for an Order Authorizing and Appointing the Committee to Commence and Prosecute Actions Against Insiders |
| 14. | 03/14/2005 | 2093 | Notice of Appeal from Order Granting, in part, the Motion of the Official Committee of Unsecured Creditors for Order Authorizing and Appointing the Committee to Commence and Prosecute Actions Against Insiders (filed by Big Lots' Stores, Inc.) |

* Filed in *KB Toys, Inc. v. Big Lots Stores, Inc.*, Adv. Proc. 05-50475-DDS.

Pursuant to Local Rule 8006-1, one (1) copy of each of the above items is provided herewith.

## STATEMENT OF ISSUES ON APPEAL

Whether the Bankruptcy Court erred in granting the Official Committee of Unsecured Creditors standing to investigate, prosecute, defend, or otherwise resolve causes of action of the Havens Corners Corporation against the Potential Defendants (as defined in the Standing Motion, Docket No. 1984) relating to the Transaction (also as defined in the Standing Motion, Docket No. 1984).

Dated: March 24, 2005

Rosenthal, Monhait, Gross & Goddess, P.A.

By: *[signature]*

Kevin Gross (DE Bar No. 209)
Suite 1401, 919 North Market Street
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433

And:

Jeff J. Marwil
James A. McKenna
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Attorneys for Big Lots Stores, Inc.