UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| KB Toys, et al., | : | Case No. 04-10120 (CGC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

    Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. Big Lots, Inc., Attn: Charles Wesley Haubiel, II, 300 Phillipi Road, Columbus, OH 43228, Phone: (614) 278-6767, Fax: (614) 278-3319;

2. Workflow Solutions, LLC, Attn: Dennis T. Lewandowski, c/o Kaufman & Canoles, 150 W. Main Street, Suite 2100, Norfolk, VA, 23510 Phone: (757) 624-3252, Fax: (757) 624-3169;

3. Simon Property Group, L.P., Attn: Ronald M. Tucker, 115 West Washington Street, Indianapolis, IN 46204, Phone: (317) 263-7907, Fax: (317) 263-7901;

4. Hasbro, Inc., Attn: Judith Ann Smith, 200 Naragansett Park Drive, P.O. Box 200, Pawtucket, RI 02862-0200, Phone: (401) 431-8105, Fax: (401) 431-8586;

5. Mattel, Inc., Attn: Kathleen Simpson-Taylor, 333 Continental Blvd., El Segundo, CA 90245, Phone: (310) 252-4223, Fax: (310) 252-5119;

6. Lego Systems, Inc., Attn: William David Jarvis, 555 Taylor Road, Enfield, CT 06083, Phone: (860) 763-6645, Fax: (860) 763-7723; and

7. THQ, Attn: Silva Kasparian, 27001 Agoura Road, #325, Calabasas Hills, CA 91301, Phone: (818) 871-5000, Fax: (818) 871-7492.

                                  ROBERTA A. DeANGELIS
                                  ACTING UNITED STATES TRUSTEE


                                  /s/ Mark S. Kenney for
                                  FRANK J. PERCH, III
                                  ASSISTANT UNITED STATES TRUSTEE

DATED: January 23, 2004
Attorney assigned to this Case: Mark S. Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Joel A. Waite, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253