IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KB TOYS, INC., et al. | ) | Case No. 04-10120 (DDS) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re:  Docket No. 1984 |

**BIG LOTS STORES, INC.'S LIMITED OBJECTION TO THE MOTION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR AUTHORITY TO PROSECUTE ACTIONS AND
REQUEST FOR ALTERNATIVE RELIEF**

Big Lots Stores, Inc. ("Big Lots'), by and through counsel, brings this Limited Objection to the Motion of The Official Committee of Unsecured Creditors For an Order Authorizing and Appointing The Committee to Commence and Prosecute Actions Against Insiders, and Request For Alternative Relief, and states as follows:

### LIMITED OBJECTION

Big Lots does not object to the Creditors' Committee's request for standing to pursue claims against the Insiders (as that term is defined the Committee's Motion) on behalf of *certain* of the captioned Debtors.

However, for the reasons set forth in Big Lots' Response to Motion of Debtors for Preliminary Injunction Staying Prosecution of Certain Actions and Request for Alternative Relief, filed in KB Toys, Inc., et. al., v. Big Lots Stores, Inc., (Adversary Proceeding No. 05-50475 (PPS)), which is incorporated herein as though fully set forth, Big Lots objects to the Committee being granted standing in the Havens Corners Corp. ("HCC") case to pursue claims on behalf of the HCC estate or to pursue Big Lots' direct claims.

Dated: February 28 2005

Respectfully submitted,

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

By: _____
Kevin Gross (I.D. No. 209)
919 Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801
Tel: (302)656-4433
Fax: (302)658-7567

And

Jeff J. Marwil, Esq.
James A. McKenna, Esq.
Anders C. Wick, Esq.
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312)222-9350

Attorneys for Big Lots Stores, Inc.