IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KB TOYS, INC., et al., | ) | Bankr. Case No. 04-10120 (WS) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| BIG LOTS STORES, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-264 (KAJ) |
| | ) | |
| OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS, | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER

WHEREAS, the court having been informed that mediation of the captioned

matter is complete, and the parties were unsuccessful in resolving their dispute,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing

schedule to the court no later than September 13, 2005.

UNITED STATES DISTRICT JUDGE

August 29, 2005
Wilmington, Delaware