IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankr. Case No. 04-10120 (WS) |
| KB TOYS, INC., et al., | ) | |
| | ) | |
| Debtors. | ) | |
| BIG LOTS STORES, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-264(KAJ) |
| | ) | |
| OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS, | ) | |
| | ) | |
| Appellee. | ) | |

## VOLUNTARY DISMISSAL OF APPEAL

PLEASE TAKE NOTICE that appellant Big Lots Stores, Inc., does hereby dismiss with prejudice its appeal from the Order, entered March 10, 2005, by the United States Bankruptcy Court for the District of Delaware in the captioned case. Appellant Big Lots Stores, Inc. will bear court costs.

September 9, 2005

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

By _____
Kevin Gross (I.D. No. 209)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Tel: (302)656-4433
Fax: (302)658-7567
E-Mail: kgross@rmgglaw.com

Attorneys for Big Lots Stores, Inc.