## CERTIFICATE OF SERVICE

I, Kevin Gross, hereby certify that on this 9th day of September, 2005, I caused a copy of the foregoing to be served upon the following persons by first class mail:

Young, Conaway, Stargatt & Taylor
Joel A. Waite, Esquire
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Richards Layton & Finger
Kimberly D. Newmarch, Esquire
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Kevin Gross